# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                          CRIMINAL NO. 07-20546

v.                                     HONORABLE GEORGE C. STEEH

JOSEPH COSTA PACHECO III,

      Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO SEVER COUNTS OF INDICTMENT**

The court has reviewed all motions, briefs, and exhibits filed by both parties in connection with Defendant's Motion to Sever Counts of Indictment. The government has proffered evidence establishing sufficient similarities among the five bank robberies charged and overlapping evidence; accordingly, the Motion [Dkt. # 26] is hereby **DENIED**.

Dated: January 13, 2009

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 13, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk