# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,                       CRIMINAL NO. 07-20546

v.                                    HONORABLE GEORGE C. STEEH

JOSEPH COSTA PACHECO III,

          Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION IN LIMINE #1

Having reviewed all motions, briefs, and exhibits filed by both parties in connection with Defendant's Motion in Limine, the court is persuaded the evidence relating to drugs and paraphernalia is highly probative of motive. Therefore, the Motion [Dkt. # 29] is hereby **DENIED**.

The court may, upon request, consider a request to instruct the jury on the limited purpose of the evidence.

Dated: January 13, 2009

                                  S/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 13, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk