UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                      Case No. 07-CR-20546
                                      HON. GEORGE CARAM STEEH

vs.

JOSEPH COSTA PACHECO III,

       Defendant.
_____/

### ORDER APPOINTING INVESTIGATOR AND ADJOURNING TRIAL

Now before the Court is defendant Joseph Costa Pacheco III's motion to obtain an investigator and to adjourn the trial date for a period of ninety (90) days. The government does not oppose defendant's motion for an adjournment to the extent that additional time is necessary for defendant to investigate the facts and prepare his defense for trial. The government, however, requests that the Court set a deadline requiring all pretrial motions be filed no later than 20 days from the Court's order adjourning the trial unless the grounds for the motion could not be discovered prior to such a deadline.

Having shown good cause for the adjournment sought, defendant's motion to adjourn the trial (Doc. 52) hereby is GRANTED and the trial date is set for June 9, 2009 at 9:00 a.m. Pretrial motions shall be filed on or before April 1, 2009, unless the grounds for such a motion are discovered after that date.

Having shown good cause for the appointment of an investigator, defendant's motion to obtain an investigator (Doc. 52) hereby is GRANTED.

IT IS FURTHER ORDERED that the investigator is authorized to collect no more than $1,000 for his investigation.

IT IS FURTHER ORDERED that the government work with the investigator, and/or standby defense counsel, to provide the business addresses of putative witnesses where those addresses are not apparent in the discovery material already provided to the defendant, and if necessary, the home addresses of such witnesses, which are not to be disclosed to the defendant himself.

SO ORDERED.

Dated:  March 13, 2009

                                         s/George Caram Steeh

                                         GEORGE CARAM STEEH

                                         UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 13, 2009, by electronic and/or ordinary mail.

s/Josephine Chaffee

Deputy Clerk

---