UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 07-CR-20546

vs.

                              HON. GEORGE CARAM STEEH

D-1  JOSEPH COSTA PACHECO III,

        Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR AN ADJOURNMENT OF TRIAL DATE AND TO OBTAIN ADDITIONAL FUNDS FOR THE INVESTIGATOR

The Court this date heard defendant's motion to adjourn the trial date in order to complete the investigation by defendant's private investigator. The government agrees to an adjournment, and the Court will set a new trial date of August 31, 2009.

Defendant further requests additional funds for his private investigator, who has used $757.45 of the $1,000.00 allotted by the Court. For the reasons stated on the record, the Court authorizes a total of $1,600.00 to spend on the investigation in this case.

      SO ORDERED.

Dated: July 16, 2009

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon the defendant and
attorneys of record on
July 16, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk