UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

vs.                                       Case No: 2:07-20546-01

**JOSEPH COSTA PACHECO III,**      HON. GEORGE CARAM STEEH

       **Defendant.**
_____/

**LOUIS P. GABEL**
**Assistant United States Attorney**
211 W. Fort Street, Suite 2001
Phone: 313-226-9756
Fax:     313-226-2372
Email: louis,gabel@usdoj.gov

**SEYMOUR BERGER (P10720)**
**LAW OFFICES OF SEYMOUR BERGER**
Standby Counsel for Defendant
24901 Northwestern Hwy., Suite 513
Southfield, MI 48075-2202
Phone: 248.353.5131
Fax:     248.353.1025
Email: seymourberger1@hotmail.com
_____/

# ORDER AUTHORIZING THE USE OF THE UNITED STATES MARSHALS SERVICES FOR SERVICE OF PROCESS

      Standby counsel for the Defendant, **JOSEPH COSTA PACHECO III,** having made a Motion to utilize the services of the United States Marshals to have witnesses produce documents so that they may be examined by the Defendant prior to trial, and this Court deeming itself fully advised in the premises;

Defendant's motion does not address the appropriateness of the content of the materials sought to be subpoenaed, nor has the Court been provided with the language of the subpoenas themselves.  Therefore, the Court is not passing on the propriety of the subpoenas contemplated by defendant.  However, the Court is persuaded that defendant is unable to pay, pursuant to Fed. R. Crim. P. 17(b).  Now, therefore, given defendant's indigence,

**IT IS HEREBY ORDERED** that the United States Marshal shall serve the individuals named on the subpoenas issued by the Defendant in this case and that the costs for the same shall be paid out of United States government funds.

Dated:  August 6, 2009

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 6, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk