UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSEPH COSTA PACHECO III,

        Defendant.
_____/

Case No. 07-CR-20546

HON. GEORGE CARAM STEEH

## ORDER DISMISSING SHOW CAUSE

This matter came before the court on defendant's motion to compel [Doc. 124] the government to comply with the stipulation and order entered by the court on October 4, 2013 [Doc. 123]. The government filed a response to the order to show cause on December 19, 2013, showing a receipt for $2,947.00 applied to Mr. Pacheco's outstanding restitution judgment. The government also provided instructions for Mr. Pacheco to arrange to have his property returned. The government having fully complied, the court's order to show cause is now DISMISSED.

IT IS SO ORDERED.

Dated: January 14, 2014

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record
and also on Joseph Pacheco #42093-039, FCI Terre Haute,
P.O. Box 33, Terre Haute, IN 47808, on
January 14, 2014, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk